**UNITED STATES COURT OF INTERNATIONAL TRADE**              FORM 1

| | |
|---|---|
| **Algoma Steel Inc., formerly Essar Steel Algoma Inc.**<br><br>                    **Plaintiff,**<br><br>   v.<br><br>**UNITED STATES,**<br>                                         **Defendant.** | **S U M M O N S**<br><br>Court No.  24-00023 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: Port of Chicago | Center (if known):  Center of Excellence and Expertise – Base Metals |
|---|---|
| Protest Number: 390119101517 | Date Protest Filed:  May 8, 2019 |
| Importer: Algoma Steel Inc., formerly Essar Steel Algoma Inc. | Date Protest Denied:  November 3, 2023 |
| Category of Merchandise: Steel | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| UPS-89444245 | 05/15/2018* | 11/16/2018 | | | |
| UPS-88021705 | 05/06/2018* | 11/9/2018 | | | |
| UPS-88034823 | 05/06/2018* | 11/9/2018 | | | |
| | | | | | |

*The dates of entry are in dispute.

Jill A. Cramer
Mowry & Grimson, PLLC
5335 Wisconsin Ave., NW, Suite 810
Washington, D.C. 20015
202-688-3610, jac@mowrygrimson.com

Name, Address**,** Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| | Appraised Value of Merchandise | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Steel | 7208.25.6000, 7208.26.0030, 7208.26.0060, 7208.27.0030, 7208.27.0060, 7208.36.0030, 7208.36.0060, 7208.37.0030, 7208.37.0060, 7208.38.0015, 7208.38.0030, 7208.39.0030, 7208.51.0045, 7208.51.0060, 7209.16.0070, 7209.17.0070, 7225.30.3050, 7225.30.7000, 7225.40.3050, 7225.50.8080. | 25% (application of Section 232 duties of 25% in dispute) | 7208.25.6000, 7208.26.0030, 7208.26.0060, 7208.27.0030, 7208.27.0060, 7208.36.0030, 7208.36.0060, 7208.37.0030, 7208.37.0060, 7208.38.0015, 7208.38.0030, 7208.39.0030, 7208.51.0045, 7208.51.0060, 7209.16.0070, 7209.17.0070, 7225.30.3050, 7225.30.7000, 7225.40.3050, 7225.50.8080. | Free |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: CBP improperly denied the protest in which Plaintiff provided evidence that the three protested entries entered the United States prior to June 1, 2018, the effective date of the Section 232 duties on Canadian imports. CBP improperly applied Section 232 duties. Contrary to CBP's decision and based on ample record evidence, the three subject entries all entered the Unites States (i.e., had a date of entry or time of entry) before June 1, 2018 and are not subject to Section 232 duties.

The issue which was common to all such denied protests: N/A

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

*[signature]*

_____
*Signature of Plaintiff's Attorney*

February 1, 2024
_____
*Date*

## SCHEDULE OF PROTESTS

<u>Center of Excellence and Expertise – Base Metals</u>
  Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 390119101517 | 05/08/2019 | 11/02/2023 | UPS-89444245 | 05/15/2018* | 11/16/2018 | 3901 |
| 390119101517 | 05/08/2019 | 11/02/2023 | UPS-88021705 | 05/06/2018* | 11/9/2018 | 3901 |
| 390119101517 | 05/08/2019 | 11/02/2023 | UPS-88034823 | 05/06/2018* | 11/9/2018 | 3901 |
|  |  |  |  | *In dispute |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)