UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| ALGOMA STEEL INC., FORMERLY ESSAR STEEL ALGOMA INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Ct. No. 24-00023 |

**COMPLAINT**

Plaintiff Algoma Steel Inc., formerly Essar Steel Algoma Inc. ("Algoma"), by and through its counsel, alleges as follows:

### I.    ADMINISTRATIVE DECISION TO BE REVIEWED

1. This action seeks judicial review to challenge the decision by U.S. Customs and Border Protection ("CBP") denying Algoma's Protest No. 390119101517. Algoma challenges CBP's wrongful collection of the duties imposed under Section 232 of the Trade Expansion Act of 1962, as amended, 19 U.S.C. § 1862, on Entry Nos. UPS-8802170-5, UPS-8803482-3 and UPS-8944424-5, the entries that were the subject of Protest No. 390119101517.

### II.    JURISDICTION

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1581(a), which provides that "{t}he Court of International Trade shall have exclusive jurisdiction of any civil action commenced to contest the denial of a protest, in whole or in part, under section 515 of the Tariff Act of 1930." Algoma's Protest No. 390119101517 was denied by CBP pursuant to 19 U.S.C. § 1515. Algoma challenges CBP's denial of Protest No. 390119101517. Jurisdiction in this Court is, therefore, proper under 28 U.S.C. § 1581(a).

### III.     STANDING

3. Algoma is the importer of record that filed Protest No. 390119101517 and the real party in interest in connection with the entries underlying the denial of the protest at issue in this action.

4. Accordingly, Algoma has standing to commence this action pursuant to 28 U.S.C. § 2631(a).

### IV.     TIMELINESS OF THIS ACTION

5. Protest No. 390119101517 was denied on November 3, 2023.

6. Algoma commenced this action on February 1, 2024 by filing a summons within 180 days of the date of the denial of Protest No. 390119101517, as required by 28 U.S.C. §§ 2632(b), 2636(a) and Rule 3(a)(1) of the Rules of the U.S. Court of International Trade.  It is now filing this complaint within two years of the filing of its summons.  Thus, this lawsuit is timely filed pursuant to 28 U.S.C. §§ 2632(b), 2636(a) and Rule 3(a)(1) and Rule 83 of the Rules of the U.S. Court of International Trade.

7. All liquidated duties, taxes and charges were paid prior to the commencement of this action.

### V.     FACTUAL BACKGROUND AND DESCRIPTION OF MERCHANDISE INVOLVED

8. Algoma was founded in 1901.  Algoma is a steel producer based in Ontario, Canada and manufactures and sells hot and cold rolled steel products.

9. On March 8, 2018, President Donald J. Trump imposed a twenty-five percent ad valorem tariff on steel articles from all countries except Canada and Mexico under Section 232 of the Trade Expansion Act of 1962 (the "Section 232 duties").  See Proclamation 9705, Adjusting Imports of Steel Into the United States, 83 Fed. Reg. 11,625, 11,626 (Mar. 15, 2018).

10. On April 30, 2018, President Trump ended the temporary tariff exemption from the Section 232 duties for Canada and Mexico, and announced that a twenty-five percent tariff would apply to Canadian and Mexican steel articles "entered for consumption" on or after 12:01 a.m. eastern daylight time on June 1, 2018.  See Proclamation 9740, Adjusting Imports of Steel Into the United States, 83 Fed. Reg. 20,683, 20,685 (May 7, 2018) ("Proclamation 9740"); see also U.S. Customs & Border Prot., CSMS # 18-000317, UPDATE: Additional Duty on Imports of Steel and Aluminum Articles under Section 232 (May 1, 2018), available at https://content.govdelivery.com/accounts/USDHSCBP/bulletins/1ed564e.

11. The steel imported on Entry Nos. UPS-8802170-5, UPS-8803482-3 and UPS-8944424-5 was sent from Canada to the United States via barge transport on the PML Ironmaster, a vessel owned and operated by Purvis Marine Limited.

12. The steel was loaded on the Ironmaster at the port of Sault Ste. Marie, Ontario, Canada on April 30, 2018.

13. The Ironmaster left the port of Sault Ste. Marie, Ontario on May 3, 2018 and arrived within the port limits of Chicago, IL on May 6, 2018.  The barge was assigned voyage number 18305.

Background on Entry No. UPS-8802170-5

14. For Entry No. UPS-8802170-5, as noted by CBP in Ruling H307771, Algoma "filed and ACE {CBP's Automated Commercial Environment} accepted {the} entry summar{y} on May 4, 2018."  CBP Ruling H307771 (Nov. 2, 2023).

15. The CF7501 entry summary form has a date of entry listed as May 6, 2018.

16. CBP released the goods imported under cover of Entry No. UPS-8802170-5 on May 6, 2018.

17. The steel imported under cover of Entry No. UPS-8802170-5 was unladen from the Ironmaster on May 9, 2018 at the dock of Emesco Marine Services Corp.

18. The steel imported under cover of Entry No. UPS-8802170-5 was classified under fifteen different tariff provisions within the Harmonized Tariff Schedule of the United States ("HTSUS"), each of which was entitled to an unconditional duty rate of "free" at the time of entry.

19. No Section 232 duties applied to the steel imported under cover of Entry No. UPS-8802170-5 because the date of entry was prior to June 1, 2018.

20. No Merchandise Processing Fees ("MPF") were owed on the steel imported under cover of Entry No. UPS-8802170-5 because the goods qualified as originating goods under the North American Free Trade Agreement ("NAFTA").

21. Harbor Maintenance Fees ("HMF") of 0.125% were owed on Entry No. UPS-8802170-5.

22. Algoma paid CBP a total of $5,166.83, representing the estimated duties and fees owed with respect to Entry No. UPS-8802170-5, on May 15, 2018.

Background on Entry No. UPS-8803482-3

23. For Entry No. UPS-8803482-3, as noted by CBP in Ruling H307771, Algoma "filed and ACE accepted {the} entry summar{y} on May 4, 2018." Id.

24. The CF7501 entry summary form has a date of entry listed as May 6, 2018.

25. CBP released the goods imported under cover of Entry No. UPS-8803482-3 on May 6, 2018.

26. The steel imported under cover of Entry No. UPS-8803482-3 was unladen from the Ironmaster on May 8, 2018 at the dock of Federal Marine Terminals Burns Harbor, currently known as Logistec Terminal Burns Harbor.

27. The steel imported under cover of Entry No. UPS-8803482-3 was classified under twelve different tariff provisions within the HTSUS, each of which was entitled to an unconditional duty rate of "free" at the time of entry.

28. No Section 232 duties applied to the steel imported under cover of Entry No. UPS-8803482-3 because the date of entry was prior to June 1, 2018.

29. No MPF was owed on the steel imported under cover of Entry No. UPS-8803482-3 because the goods qualified as originating goods under NAFTA.

30. HMF of 0.125% was owed on Entry No. UPS-8803482-3.

31. Algoma paid CBP a total of $4,833.45, representing the estimated duties and fees owed with respect to Entry No. UPS-8803482-3, on May 15, 2018.

<u>Background on Entry No. UPS-8944424-5</u>

32. For Entry No. UPS-8944424-5, as noted by CBP in Ruling H307771, Algoma "filed and ACE accepted an entry summary on May 15, 2018." <u>Id.</u>

33. The CF7501 entry summary form has a date of entry listed as May 15, 2018.

34. CBP released the goods imported under cover of Entry No. UPS-8944424-5 on May 15, 2018.

35. The steel imported under cover of Entry No. UPS-8944424-5 was unladen from the Ironmaster on May 9, 2018 at the dock of Emesco Marine Services Corp.

36. The steel imported under cover of Entry No. UPS-8944424-5 was classified under three different tariff provisions within the HTSUS, each of which was entitled to an unconditional duty rate of "free" at the time of entry.

37. No Section 232 duties applied to the steel imported under cover of Entry No. UPS-8944424-5 because the date of entry was prior to June 1, 2018.

38. No MPF was owed on the steel imported under cover of Entry No. UPS-8944424-5 because the goods qualified as originating goods under NAFTA.

39. HMF of 0.125% was owed on Entry No. UPS-8944424-5.

40. Algoma paid CBP a total of $86.50, representing the estimated duties and fees owed with respect to Entry No. UPS-8944424-5, on May 24, 2018.

Evidence of the May 6, 2018 Arrival Date of Merchandise

41. The Ironmaster arrived within the port limits of Chicago, IL on May 6, 2018.

42. With respect to all three entries, after the Ironmaster was unloaded on May 8, 2018 at the dock of Federal Marine Terminals Burns Harbor, currently known as Logistec Terminal Burns Harbor and on May 9, 2018 at the dock of Emesco Marine Services Corp, the barge left the port of Chicago, IL on May 9, 2018 to return to Canada.

43. The U.S. customers that purchased the steel imported under cover of Entry Nos. UPS-8802170-5, UPS-8803482-3 and UPS-8944424-5 received the steel at their U.S. locations before June 1, 2018, further showing that the barge carrying the steel on these three entries arrived in the United States before June 1, 2018.

44. Notably, later in May 2018, the Ironmaster returned to the port of Chicago, IL with a different voyage number and a different shipment of steel products, further showing that the merchandise on the foregoing entries had already entered the United States prior to June 1, 2018.

Rejection of Entries and Notices of Liquidated Damages

45. For the three entries covered by Protest No. 390119101517, the release date was later changed to June 5, 2018 by either CBP or a third party without explanation. That change was entirely in error. By that date (and, indeed prior to June 1, 2018), the merchandise imported under

cover of these three entries had arrived, the entry summaries and other required documentation had been filed and the HMF had been paid.

46. Shortly thereafter, CBP wrongly rejected the entry summaries filed for Entry Nos. UPS-8802170-5, UPS-8803482-3 and UPS-8944424-5 on the grounds that Algoma had not paid the Section 232 duties.

47. Because the dates of entry had not changed as claimed by CBP, Algoma did not pay Section 232 duties on these shipments at that time.

48. On July 17, 2018, CBP issued a Notice of Liquidated Damages Incurred and Demand for Payment (hereinafter "Notice of Liquidated Damages") for Entry No. UPS-8802170-5. In the notice, CBP stated that "{t}he summary for entry number UPS-8802170-5 was filed on 06/19/2018 but rejected by CBP and has not been re-filed. No mitigation may be afforded until the summary is re-filed and accepted by CBP. Duties in the amount of $1,033,367.00 has not been paid."

49. On August 15, 2018, CBP issued a Notice of Liquidated Damages for Entry No. UPS-8803482-3. In the notice, CBP stated that "{t}he summary for entry number UPS-8803482-3 was filed on 06/19/2018 but rejected by CBP and has not been re-filed. No mitigation may be afforded until the summary is re-filed and accepted by CBP."

50. On September 11, 2018, CBP issued a Notice of Liquidated Damages for Entry No. UPS-8944424-5. In the notice, CBP stated that "{t}he summary for consumption entry number UPS-8944424-5 was due on 06/19/2018 but was not filed until 06/21/2018, 2 days late. Estimated duties, taxes, fees and charges have not been paid. Mitigation will not be afforded until the estimated duties, taxes, fees and charges have been paid."

51. Following issuance of the Notices of Liquidated Damages, Algoma paid Section 232 duties for the three subject entries despite the fact that it disagreed that any Section 232 duties were owing. In particular, on October 4, 2018, Algoma paid Section 232 duty deposits of $1,033,367.00 for Entry No. UPS8802170-5. On October 12, 2018, Algoma paid Section 232 duty deposits of $966,691.75 for Entry No. UPS8803482-3. On November 7, 2018, Algoma paid Section 232 duty deposits of $17,298.75 for Entry No. UPS8944424-5.

52. On October 5, October 11 and November 8, 2018, Algoma filed petitions in response to the Notices of Liquidated Damages for Entry Nos. UPS-8802170-5, UPS-8803482-3 and UPS-8944424-5, respectively. In the petitions, Algoma provided evidence showing that the entry summaries were filed, the goods were released, and all required duties were paid prior to June 1, 2018, the effective date of the Section 232 duties on Canadian imports, and requested that the Notices of Liquidated Damages be cancelled in full.

53. CBP later issued additional Notices of Liquidated Damages to which Algoma timely responded again disputing that the Section 232 duties applied.

54. CBP did not reverse its decision on the application of Section 232 duties in response to Algoma's petitions.

<u>Timely Protest and Application for Further Review</u>

55. On November 9, 2018, CBP liquidated Entry Nos. UPS-8802170-5 and UPS-8803482-3. On November 16, 2018, CBP liquidated Entry No. UPS-8944424-5.

56. On May 8, 2019, Algoma timely filed Protest No. 390119101517 within 180 days of the dates of liquidation of Entry Nos. UPS-8944424-5, UPS-8802170-5 and UPS-8803482-3. With the protest was an application for further review.

57. In its protest, Algoma provided substantial documentation showing that the three entries had a legal date of entry prior to June 1, 2018.

58. In particular, the entry summaries, ACE Entry/Immediate Delivery forms, the Automated Broker Interface screenshots, the ACE Cargo Release Entry Number Query Responses, the Vessel Entrance or Clearance Statement and the Automated Manifest System query screenshots in the May 8, 2019 protest collectively established that **before June 1, 2018**, the steel imported under cover of Entry Nos. UPS-8802170-5, UPS-8803482-3 and UPS-8944424-5 had arrived at the port, the goods had been released by CBP, the goods had been unladen from the arriving vessel, and the entry summaries had been filed in proper form, with estimated duties attached.

59. On November 3, 2023, CBP denied Protest No. 390119101517. See CBP Ruling H307771 (Nov. 2, 2023).

60. In Ruling H307771, CBP stated that "{t}he Port does not dispute that the entry summaries were timely and properly filed prior to the June 1, 2018, effective date of the Section 232 duties, but determined that the merchandise did not arrive within port limits with the intent to unlade until after June 1, 2018."

61. CBP found, however, that the actual arrival date for all three entries recorded in ACE was June 5, 2018, after the effective date of Section 232 duties. Specifically, CBP claimed to have received bills of lading showing an arrival date of June 5, 2018. See id. To the contrary, the bills of lading show that the barge arrived before June 1, 2018.

62. Despite the abundant evidence Algoma submitted in establishing an earlier arrival date prior to June 1, 2018, CBP concluded that Algoma had "failed to overcome the presumption

of regularity by not providing sufficient evidence to prove that the merchandise arrived within port limits with the intent to unlade prior to June 5, 2018, as reflected in ACE." Id.

## VI.     STATEMENT OF THE CLAIMS

### COUNT I

63.    Algoma herein incorporates by reference paragraphs 1 through 62, supra, of this complaint.

64.    For Entry No. UPS-8802170-5, the date of entry as shown on the entry summary was May 6, 2018.  In Ruling H307771, CBP states that Algoma filed and ACE accepted the entry summary on May 4, 2018.  In either case, the entry date was prior to June 1, 2018 pursuant to 19 C.F.R. § 141.68, because, by this date, the merchandise had arrived within the port limits with the intent to unlade, the entry summary had been filed in proper form and estimated duties had been attached.

65.    The steel products imported under cover of Entry No. UPS-8802170-5 are therefore not subject to the Section 232 duties, as they were entered for consumption prior to the June 1, 2018 effective date of the Section 232 tariffs against Canadian steel imports.

66.    For Entry No. UPS-8803482-3, the date of entry as shown on the entry summary was May 6, 2018.  In Ruling H307771, CBP states that Algoma filed and ACE accepted the entry summary on May 4, 2018.  In either case, the entry date was prior to June 1, 2018 pursuant to 19 C.F.R. § 141.68, because, by this date, the merchandise had arrived within the port limits with the intent to unlade, the entry summary had been filed in proper form and estimated duties had been attached.

67. The steel products imported under cover of Entry No. UPS-8803482-3 are therefore not subject to the Section 232 duties, as they were entered for consumption prior to the June 1, 2018 effective date of the Section 232 tariffs against Canadian steel imports.

68. For Entry No. UPS-8944424-5, the date of entry as shown on the entry summary was May 15, 2018.  In Ruling H307771, CBP states that Algoma filed and ACE accepted the entry summary on May 15, 2018.  The entry date was prior to June 1, 2018 pursuant to 19 C.F.R. § 141.68, because, by this date, the merchandise had arrived within the port limits with the intent to unlade, the entry summary had been filed in proper form and estimated duties had been attached.

69. The steel products imported under cover of Entry No. UPS-8944424-5 are therefore not subject to the Section 232 duties, as they were entered for consumption prior to the June 1, 2018 effective date of the Section 232 tariffs against Canadian steel imports.

70. Because the proper date of entry for all three entries covered by Protest No. 390119101517 was prior to June 1, 2018, CBP unlawfully assessed and collected Section 232 duties pursuant to Proclamation 9740.

## DEMAND FOR JUDGMENT AND PRAYER FOR RELIEF

WHEREFORE, and as challenged herein, Algoma respectfully prays that this Court:

(1) Direct CBP to grant Protest No. 390119101517.

(2) Direct CBP to reliquidate Entry Nos. UPS-8802170-5, UPS-8803482-3 and UPS-8944424-5 covered by Protest No. 390119101517 at the rate of duty, value, quantity and amount of duty asserted by Algoma at the time of the original entries and without the application of Section 232 duties.

(3) Direct CBP to refund all Section 232 duties paid by Algoma on Entry Nos. UPS-8802170-5, UPS-8803482-3 and UPS-8944424-5, with interest.

(4)  Provide such other relief as this honorable Court deems proper.

                                                   Respectfully submitted,

Date: January 30, 2026            /s/ Jill A. Cramer
                                              Jeffrey S. Grimson
                                              Jill A. Cramer
                                              Yixin (Cleo) Li
                                              Mowry & Grimson, PLLC
                                              5335 Wisconsin Avenue, Suite 810
                                              Washington, DC 20015
                                              202-688-3610
                                              trade@mowrygrimson.com
                                              *Counsel to Plaintiff*